THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DAVIDSON LEWIS, Appellant.— Judgment of conviction by a city magistrate, sitting as a

Court of Special Sessions, unanimously affirmed. No opinion. Present —
Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.